# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA LYNNE ENGLE, | : |
| Plaintiff | : CIVIL ACTION NO. 3:17-2185 |
| v. | : (JUDGE MANNION) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | : |
| Defendant | : |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The plaintiff's appeal, **(Doc. 1)**, of the Commissioner's decision is **GRANTED** and, the decision of the Commissioner is **VACATED**;

2. Judge Mehalchick's report and recommendation, **(Doc. 16)**, is **ADOPTED**, and the Commissioner's objections, **(Doc. 17)**, are **OVERRULED**;

3. This case is **REMANDED** to the Commissioner for the further proceedings consistent with the court's memorandum; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated**: **March 1, 2019**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-2185-01-ORDER.wpd